

**COURT OF CRIMINAL APPEALS**

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

July 27, 2015

1st Court Of Appeals Clerk
Christopher A. Prine
301 Fannin
Houston, TX 77002-7006
* DELIVERED VIA E-MAIL *

**Re:**  STAIRHIME, RYAN MATTHEW
**CCA No.**  PD-1071-14                                      **COA No.** 01-13-00493-CR
**Trial Court Case No.**   1387371

The Court of Criminal Appeals has this day issued a mandate for the above-referenced and styled case number.  The mandate will be transmitted electronically only.

***COURT OF APPEALS CLERK***
**MANDATE RECEIPT ACKNOWLEDGEMENT**
Pursuant to Rule 51.2(a)(1) T.R.A.P, please acknowledge receipt of the mandate of the Court of Criminal Appeals in the above numbered and styled case via this email link.

Sincerely,

Abel Acosta, Clerk

cc:   Presiding Judge 177th District Court (DELIVERED VIA E-MAIL)
District Attorney Harris County (DELIVERED VIA E-MAIL)
District Clerk Harris County (DELIVERED VIA E-MAIL)
Alan Curry (DELIVERED VIA E-MAIL)
Jani Maselli Wood (DELIVERED VIA E-MAIL)

FILE COPY



# TEXAS COURT OF CRIMINAL APPEALS
## Austin, Texas
# M A N D A T E

### TRIAL COURT NO. <u>1387371</u>
### COURT OF APPEALS NO. <u>01-13-00493-CR</u>

**THE STATE OF TEXAS,**

**TO THE <u>COURT OF APPEALS FOR THE FIRST SUPREME JUDICIAL DISTRICT</u> GREETINGS:**

Before our **COURT OF CRIMINAL APPEALS**, on **JULY 1, 2015**, the cause upon appeal to review, revise or reverse your Judgment between:

### RYAN MATTHEW STAIRHIME

### VS.

### THE STATE OF TEXAS

CCRA NO. **<u>PD-1071-14</u>**

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the APPELLANT'S Petition for Discretionary Review, and the same being inspected, it is **ORDERED, ADJUDGED AND DECREED** by the Court that the Petition for Discretionary Review be **GRANTED**.

The judgment of the Court of Appeals is **REVERSED** and the cause is **REMANDED** to the Court of Appeals, in accordance with the Opinion of this Court, and that this decision be certified below for observance."

**WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things to have it duly **RECOGNIZED, OBEYED AND EXECUTED.**

WITNESS, **THE HONORABLE SHARON KELLER**,

Presiding Judge of our said **COURT OF CRIMINAL APPEALS,**

with the Seal thereof annexed, at the City of Austin,

on this day **Monday, July 27, 2015**.

_____
**ABEL ACOSTA**, Clerk
By: Deana Williamson, Deputy Clerk